446 A.2d 691

Commonwealth v. Lark, Appellant.

Submitted May 11, 1981. Francis J. Moran, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.